Criminal Std (6/13/2012)

| | |
|---|---|
| HONORABLE: | Sarah A. L. Merriam |
| DEPUTY CLERK | A. Caffrey |
| USPO | M. Lindo |
| RPTR/ECRO/TAPE | Diana Huntington |
| INTERPRETER | Virginia Kulig |

TOTAL TIME: ___ hours  42 minutes
DATE: 4/9/2020   START TIME: 2:01PM   END TIME: 2:43PM

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR   ☐ BOND HRG   ☐ CHANGE OF PLEA   ☐ IN CAMERA HRG
- ☐ IA- RULE 5   ☒ DETENTION HRG   ☐ WAIVER/PLEA HRG   ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT   ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG   ☐ FORFEITURE
- ☐ CONFLICT HRG   ☐ EVIDENTIARY HRG   ☐ STATUS CONF   ☒ MOTION HRG

CRIMINAL NO. 3:20-mj-00346-SALM   DEFT # ____

**UNITED STATES OF AMERICA**
vs
William Rosario Lopez

Patrick Doherty
AUSA

Steven B. Rasile
Counsel for Defendant   Ret ☐   CJA ☐   PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☒ ...... ☒ Arrest Date (CT Case): 4/9/2020   ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☒ ...... Court appoints Attorney Steven B. Rasile to represent defendant for ☐ this proceeding only ☒ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due ____ ; Government responses due ____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for ____ at ____
- ☐ ...... Jury Selection set for ____ at ____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $ ____ on count(s) ____. Total $ ____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Govt's ORAL Motion for Pretrial Detention ☒ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $ ____ ☐ reduced to $ ____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ ...... Defendant detained
- ☒ ...... Prob. Cause Hearing ☐ waived ☒ set for 4/23/2020 at 11:00AM   ☐ continued until ____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☒ ..... CJA Financial Affidavit or certification of counsel due in 30 days  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: